ADAM PAUL LAXALT
  Attorney General
Michael J. Bongard (Bar. No. 7997)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1539 Avenue F, Suite 2
Ely, NV 89301
(775) 289-1632 (phone)
(775) 289-1653 (fax)
mbongard@ag.nv.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN KERRY O'KEEFE,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT LEGRAND, et al.,<br><br>    Respondents. | Case No. 3:14-cv-00477-RCJ-VPC<br><br>ORDER GRANTING<br>**MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PETITIONER'S SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS [ECF NO. 50]**<br><br>**(First Request)** |

    Respondents, through legal counsel, Adam Paul Laxalt, Attorney General of The State of Nevada, and Michael J. Bongard, Deputy Attorney General, hereby move this court for an additional thirty (30) day enlargement of time, up to and including June 1, 2018, in which to respond to Petitioner's Second Amended Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. §2254. (ECF No. 50). The response is currently due May 2, 2018.

    Respondents base this motion on the declaration of Counsel.

    This is Respondents' first request for an extension of time in which to file the answer and made in good faith and not for purposes of delay.

    DATED this 16th day of April, 2018.

                                                         ADAM PAUL LAXALT
                                                         Attorney General


                                                         By: /s/ Michael J. Bongard
                                                            Michael J. Bongard (Bar No. 007997)
                                                            Deputy Attorney General

# DECLARATION OF MICHAEL J. BONGARD

1. I am a Deputy Attorney General employed by the Attorney General's Office of the State of Nevada in the Bureau of Criminal Justice, and I make this declaration on behalf of Respondents' Motion for Enlargement of Time (First Request) in the above-captioned case. By this motion, I am requesting an additional thirty (30) day enlargement of time, up to and including, June 1, 2018, to file and serve the response to Petitioner's Second Amended Petition for Writ of Habeas Corpus.

2. Counsel has two other responses to federal habeas petitions due the week of May 2, 2018. On May 2, 2018, Counsel has an answer due in *O'Neill v. Williams, et al.*, USDC Case No. 3:11-cv-901-MMD-VPC. On May 3, 2018, Counsel must file the supplemental brief in *Rose v. Baker*, Ninth Circuit Case No. 17-15009. Counsel has already extended the deadlines in both of those cases.

3. Additionally, Counsel must travel to Elko, Nevada, on April 23, 2018, for a court hearing and to Las Vegas, Nevada for training on April 30-May 1, 2018.

4. Counsel inherited this case and the *O'Neill* case from attorneys who left the Attorney General's Office. Therefore, the answers in both cases will take additional time because Counsel must familiarize himself with the records in both cases. Counsel must also prepare for additional court hearings and file pleadings in cases comprising his state habeas and state criminal case loads.

5. For the reasons above, as well as the record in this case, counsel respectfully asks this Court to grant the request for an extension of time of an additional thirty (30) days, up to June 1, 2018, to file the answer to petitioner's Second Amended Petition.

DATED this 16th day of April, 2018.

By: /s/ Michael J. Bongard
Michael J. Bongard (Bar No. 007997)
Deputy Attorney General

IT IS SO ORDERED. Dated Nunc Pro Tunc: April 16, 2018.

R. Jones
_____
ROBERT C. JONES